THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 David Andres
 Ortiz Molina, Appellant.
 
 
 

Appeal From Greenville County
 D. Garrison Hill, Circuit Court Judge

Unpublished Opinion No. 2009-UP-073
 Submitted February 2, 2009  Filed
February 10, 2009    

AFFIRMED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; and
 Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: 
 David Andres Ortiz Molina appeals his conviction of assault and battery with
 the intent to kill and twenty-year sentence.  Molina argues he was deprived of
 his Sixth Amendment right to a fair and impartial jury because the jury was
 exposed to extraneous information.  We affirm pursuant to Rule 220(b), SCACR, and the following authority:  State v. Kelly, 331 S.C. 132, 142, 502 S.E.2d 99, 104 (1998) ("The
 granting or refusing of a motion for a mistrial lies within the sound
 discretion of the trial court and its ruling will not be disturbed on appeal
 unless an abuse of discretion amounting to an error of law occurs.").
AFFIRMED.[1]
SHORT,
THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.